TEAMSTERS LOCAL 331, PLAINTIFF-RESPONDENT, v. CITY OF ATLANTIC CITY, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-APPELLANT.

Superior Court of New Jersey.
Appellate Division

Submitted February 7, 1983—Decided February 25, 1983.

Before Judges KING and McELROY.

*Matthew H. Powals,* City Solicitor, for appellant.

*Howard J. Casper,* for respondent (*Casper & Soloff,* attorneys).

PER CURIAM.

The judgment entered in the Chancery Division is affirmed substantially for the reasons given by Judge Martin L. Haines in his written decision dated November 19, 1981.